**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

KA 10-1174 consolidated with KA 10-1173

STATE OF LOUISIANA

VERSUS

GENE PAUL DOWDEN

**********

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 77955
HONORABLE VERNON BRUCE CLARK, DISTRICT JUDGE

**********

**BILLY HOWARD EZELL
JUDGE**

**********

Court composed of John D. Saunders, Billy Howard Ezell, and James T. Genovese, Judges.

**CONVICTIONS AND SENTENCES AFFIRMED; MOTION TO WITHDRAW GRANTED.**

**Annette Fuller Roach**
**Louisiana Appellate Project**
**P. O. Box 1747**
**Lake Charles, LA 70602-1747**
**(337) 436-2900**
**Counsel for Defendant/Appellant:**
**Gene Paul Dowden**

**Ronald Seastrunk**
**Assistant District Attorney, 30th Judicial District Court**
**P. O. Box 1188**
**Leesville, LA 71496-1188**
**(337) 239-2008**
**Counsel for Appellee:**
**State of Louisiana**

**EZELL, JUDGE.**

For the reasons expressed in the consolidated case of State of Louisiana versus Gene Paul Dowden, 10-1173 (La. App. 3 Cir. ____/____/____), _____ So.3d _____, the judgment of the trial court's conviction and sentences are affirmed, and appellate defense counsel's motion to withdraw is granted.

**CONVICTIONS AND SENTENCES AFFIRMED; MOTION TO WITHDRAW GRANTED.**

This opinion is NOT DESIGNATED FOR PUBLICATION. Uniform Rules —Courts of Appeal, Rule 2—16.3.